***REMAND/JS-6***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>DIONICIO C. FRIAL, et al.,<br><br>           Defendants. | Case No.  CV 13-2717-GW(SHx)<br><br>**ORDER TO REMAND** |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby remanded to the Superior Court, for the County of Los Angeles, Stanley Mosk Courthouse (13U00527).

    IT IS SO ORDERED.

Dated: May 20, 2013

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT